# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO, | CASE NO. CV F 09-1557 LJO GSA |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| EARTHGRAINS BAKING COMPANIES, et al., | |
| Defendants. / | |

Defense counsel filed a notice of settlement. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than March 12, 2010, to file papers to dismiss this action in its entirety, or to show cause why settlement has not been completed to permit dismissal of this action.

This Court VACATES all court dates and pending matters, including the February 17, 2010 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 160 and 272.

IT IS SO ORDERED.

**Dated: February 11, 2010**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE