IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>        Plaintiff,<br><br>    vs.<br><br>EARTHGRAINS BAKING COMPANIES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 09-1557 LJO GSA<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO DISMISS ACTION |

This Court's February 11, 2010 order required the parties, no later than March 12, 2010, to file papers to dismiss this action or to show cause why settlement has not been completed to permit dismissal. The parties disobeyed the order. Local Rule 110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS the parties, no later than March 23, 2010, to file papers to show cause why sanctions, including dismissal of this action with or without prejudice and monetary sanctions against counsel and/or the parties, should not be imposed for failure to dismiss this action timely. This order to show cause will be deemed vacated if prior to March 23, 2010 papers are filed to dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated:   March 16, 2010**                  **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE