K. Randolph Moore, Esq. SBN 106933
Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>    Plaintiff,<br><br>vs.<br><br>EARTHGRAINS BAKING COMPANIES, et al.,<br><br>    Defendants. | No. 1:09-CV-01557-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to Judge Lawrence J. O'Neill |

Plaintiff Daniel Delgado, through his attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants EARTHGRAIN BAKING COMPANIES, through their attorneys, Tammy A. Brown and FOSTER EMPLOYMENT LAW, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: March 18, 2010                          /s/Tanya Levinson Moore

*Delgado v. Earthgrains Baking Companies, et al.*

**STIPULATION FOR DISMISSAL; ORDER**

Page 1

1 | Tanya E. Levinson Moore
2 | Attorney for Plaintiff

3 | Date: March 18, 2010     Foster Employment Law

/s/Tammy A. Brown
Tammy A. Brown
Attorney for Defendants

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  _March 18, 2010       /s/ Lawrence J. O'Neill___
                        U.S. DISTRICT JUDGE LAWRENCE J. O'NEILL

*Delgado v. Earthgrains Baking Companies, et al.*

**STIPULATION FOR DISMISSAL; ORDER**